IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0079 WHA |
| Plaintiff, | |
| v. | ORDER TERMINATING SUPERVISED RELEASE |
| PATRICK KENNEY, | |
| Defendant. | Court: The Honorable William H. Alsup |

On December 11, 2012, this Court held a hearing on Defendant's Motion to Terminate Supervise Release. Pursuant to its authority under 18 U.S.C. § 3583(e)(1) and Federal Rule of Criminal Procedure 32.1(c), this Court has determined that early termination of Mr. Kenney's supervised release is warranted by the conduct of the defendant and the interest of justice.

Accordingly, the supervised release term of Patrick Kenney is hereby terminated forthwith.

Dated: December 11, 2012.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

No. CR-05-0079 WHA: ORDER RE: EARLY
TERMINATION OF SUP. REL.    1